**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JENNIFER CHARNOFSKY, ET AL**                                             **PLAINTIFFS**

**v.**                            **CASE NO.  4:05CV00996 WRW**

**WYETH, ET AL**                                                            **DEFENDANTS**

**ORDER OF DISMISSAL**

On September 28, 2004, the above-referenced case was received from the Northern District of California and filed as Case No. 4:04CV01052 WRW.  On July 18, 2005, the same case was received from the Northern District of California and filed as Case No. 4:05CV00996 WRW.

Accordignly,  this matter is administratively terminated, since it is a duplicate filing of Case No. 4:04CV1052 WRW.

IT IS SO ORDERED  this 23rd day of August, 2005.


                                           /s/ Wm. R.Wilson,Jr.
                                             United States District Judge